IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO TOPALIAN, | 1:09-cv-00034-AWI-DLB-(HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME |
| vs. | |
| JAMES A. YATES, | [Doc. 13] |
| Respondent. | |

Respondent's first request for a fifteen-day extension of time to file an Answer was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including March 31, 2009, to file an Answer in this matter.

IT IS SO ORDERED.

Dated: **March 18, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE